UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                                Case Number 17-20716

v.                                               Honorable David M. Lawson

KELWIN DWAYNE EDWARDS,

                Defendant.

_____/

## ORDER EXTENDING DEADLINE FOR FILING MOTIONS *IN LIMINE* REGARDING PUBLIC AUTHORITY DEFENSE

On March 19, 2019, the Court held a hearing with counsel for the parties and heard oral argument on the government's pending motion *in limine*. During that hearing, the parties stated that they may need to file additional pretrial motions regarding the defendant's public authority affirmative defense. The Court advised the parties that it would permit them to file additional motions on that topic, but they must do so promptly.

Accordingly, it is **ORDERED** that if the parties want to file any motions *in limine* regarding the public authority defense then they must do so **on or before March 29, 2019**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Date:  March 20, 2019

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 20, 2019.

                s/Susan K. Pinkowski
                SUSAN K. PINKOWSKI