UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

                              Hon. Judge David M. Lawson

V.                            No. 17-20716

KELWIN DWAYNE EDWARDS
    Defendant.

MOTION FOR COMPASSIONATE RELEASE OF DEFENDANT FROM FEDERAL AND STATE CUSTODY DUE TO HEALTH CONDITIONS, AND THE CORONA VIRUS PANDEMIC IN THE FEDERAL PRISONS AND THE WAYNE COUNTY JAIL

NOW COMES THE DEFENDANT, KELWIN DWAYNE EDWARDS PRO SE, BECAUSE CURRENT COUNSEL REFUSES TO ASSIST THE DEFENDANT IN HIS CURRENT MATTERS, BECAUSE COUNSEL DEFENDED THE DEFENDANT ON HIS FEDERAL MATTERS OF WHICH, HAS BEEN RESOLVED, AND THE DEFENDANTS CURRENT MATTERS HAS NOTHING TO DO WITH THE MATTERS RESOLVED BY THE FEDERAL COURT. THE DEFENDANT PLED GUILTY TO "POSSESSION WITH INTENT TO DELIVER" AS A RESULT, THE COURT SENTENCED THE DEFENDANT TO 57 MONTHS. THE DEFENDANT THUS FAR, HAS SERVED 30 MONTHS.

1

Since the defendant's confinement, he has had several surgeries on his stomach, due to a ruptured bowel. As of now, the defendant must undergo additional surgery because "scar" marks have returned, and must be removed surgically. Before coming to Wayne county jail, the defendant had been scheduled for this surgery, but Wayne county doctor Kirkstein will not honor the defendant's medical needs, because he believes that the defendant is playing games, and just wants to go to the hospital for food. These determinations were made by Dr. Kirkstein without any examination of the defendant, because of Coron virus. The defendant has written letters to the U.S. Marshalls and as of yet, has not received any response. Attorney Byron Pitts says that he talked with the marshalls, and no one has got back in touch with him. The Wayne county Prosecutors office sent for the defendant by writ, for purpose of re-sentencing the defendant on a prior case from 2003 of which the defendant prevailed. Unfortunately, Wayne county Prosecutor sent for the defendant at a very, very horrible time. Due to Corona virus, state courts have ceased from normal functions. As a result, the defendant has been caught up in this awful ordeal. The defendant is in jeopardy of being exposed to Corona Virus at Wayne county. One commissioner died, and also 2 sheriff's deputies, as well as several inmates. The defendant only was suppose to be at Wayne county for a brief moment, but has been delayed because of the pandemic. Also, the defendant suffers from a enlarged heart, seizures & PTSD due to a gun shot wound to the back of the head in 2011.

2

The defendant is in desperate medical attention, and fears for his life by being in custody of Wayne County. According to the state class exclusive, the defendant has been sentenced to parole January 1, 2021. Currently, the defendant was sentenced to parole before the court on March 24, 2020. Because of the defendant's medical issues, and the current pandemic, the defendant asks the court to consider his crime being non-violent, and 85% of his sentence being served, to release the defendant for purpose of obtaining the medical care he needs, and to decrease his chances of being exposed to COVID-19 virus in the FBOP and Wayne County Jail. Wherefore, all going reasons, the defendant prays that this honorable court to release the defendant early from his federal sentence as well as state matters until the state decides to resuming its Airflow.

Respectfully Submitted,

Khalid Wayne Edwards
Wayne County Jail
ID# 1038009712
525 Clinton Street
Detroit, MI 48226

3

Kelvin Quayne Edwards
Wayne County Jail No. 20000412
525 Clinton Street
Detroit, MI 48226

4822582712 C019

RETURNED TO SENDER

Honorable David M Lawson
231 West Lafayette Blvd
Detroit Michigan 48226

U.S. MAIL

FOREVER USA
Barn Swallow