RE: UNITED STATES VS KELWIN WAYNE EDWARDS (NO. 17-20716)    6

August 2, 2020

Attorney Daniel Dena, Mr Dena

Previously, we discussed via phone, that you were appointed by the court to represent me on my "Compassionate Release" attempts. Please be advised, that Prison Warden Johnathan Hemingway was sent a request July 3, 2020 while I was detained at the Wayne County Jail, and when I returned to the Federal Correctional Institution July 9, 2020 from Quarantine. Just recently Warden Hemingway gave notice that he received the request, and that when he gets around to it, he will respond. Enclosed, are Mr. Hemingway's acknowledgment he mentions that, I don't have to send multiple request. Also according to circuit law, Warden Hemingway has 30 days to respond. As far as I am concerned, Mr. Hemingway can take as long as he likes. After August 9, 2020 the ball is out of Warden Hemingway's control... Also, during our conversation, I was trying to give you information concerning my medical issues. If you subpoena Detroit, Receiving Hospital, you will see information about a enlarged heart, and possible heart disease of which, runs in my family of which, both of my parents died from including my brother, Marvin Edwards. Also, gun shot wound to the back of the head in 2011. I also take medications for seizures. Then my abdominal issues of which, are unresolved, and require additional surgery... The court is aware of my stomach issues that have (been) (going) on throughout my incarceration and continue until this day. Not only has Detroit Receiving Hospital been performing surgeries on my stomach, but St. Josephs Hospital in Ann Arbor, Michigan as well.. It appears that between the two, They are unsure of why my stomach continues to have problematic issues.. Enclosed, is a copy of Administrator Jewell speaking about Covid-19, and waiting on the provider to respond... And also enclosed is R/N Williams

NOTIFYING ME, THAT WHEN I LEFT TO GO TO WAYNE County 3/18/20 I WAS TAKEN off the schedule for Surgery. This is another REASON, I BELIEVE THAT MY CONDITIONS HAVE WORSENED. FBOP POLICIES, AND PROCEDURES... I HAVE BEEN DEALING with this FOR ALMOST 3yrs. There is no telling when I will be Able To Get this Surgery. I am deprived of going to a doctor when I want, and who i want to operate on me. My eligibility date for home confinement is Just 10 months away. I HAVE SERVED 33 MONTHS ON A 57 MONTH SENTENCE. IF The JUDGE GIVES ME A REDUCTION OF 8-12 MONTHS, Then i Can immediately Go to A surgeon of my choosing to find-Out what is wrong with me. Also, I have had 3 Upper G.I. Bleeds of which, could've been fatal. As a result, I Have had to receive Blood because of massive blood Loss. Finally, one of the reasons it took so long for Me to resolve my case with the courts, was because of these Surgeries of which, are still un-resolved.. I Also, included Your email. I was un-sure of the proper spelling. As A result, I Listed danieldema_@fd.org, or danieldena_@fd.org. I did not receive any response. Also, I am indigent as regards to paying for Corlinks, So you may have to western union to my Account funds for Our communications.. Also, August 9, 2020 is Just around the Corner to file the motion to the court. - OH! CAN You Provide Me a copy of my sentencing transcripts/and Rule 11 plea agreement?

Thanks

Sincerely

Kel S...

RE: 17-20716

August 2, 2020

Dear Clerk,

Please send this letter to the Appellate Attorney appointed to represent me on my "Compassionate Release" with the court. His name is Daniel Dena, or Daniel Deng. Anyways I am sure that the court knows of whom I am referring to. Also, I sent you a motion to send to Prison Warden Hemingway and the Federal Bureau of Prisons Director Dated July 3, 2020. Also, I asked you not to send the motion to Judge Lawson, but you did anyways why? Know now because of this error, Judge Lawson is under the assumption that I am motioning the court again, for a compassionate release without exhausting my remedies. Can you just send this letter to the Appointed counsel, and not Judge Lawson? If I knew the Attorney's address, I would not ask the clerk to... Also, send these exibits.

Respectfully
Kelvin Edwards

TRULINCS 56124039 - EDWARDS, KELWIN DWAYNE - Unit: MIL-D-B

EXIBIT A

---

FROM: 56124039
TO: Warden
SUBJECT: ***Request to Staff*** EDWARDS, KELWIN, Reg# 56124039, MIL-D-B
DATE: 07/30/2020 07:30:44 AM

To: Warden Hemingway
Inmate Work Assignment: Compassionate Release

Dear Warden Hemingway,

        Please be advised,that i sent you a request for a compassionate release on 7-3-20 from the Wayne county jail. Also, upon my return from Wayne county jail 7-8-20. As you should know,since my incarceration i have had various surgeries on my abdominal area of which, are not resolved... Before going to Wayne county was scheduled for additional surgery.. In fact, Dr. Schirlee put a hault on my designation because of my very much needed surgery. Also, i suffer from seizures that stem from a gun shot to the back of my head.. Furthermore, i have both knees that need replacing.. I have served 33 months on a 57 month sentence.. Finally,be advised that i have a enlarged heart,i am 5ft 5 inches and i am 275 pounds and for my weight i am suppose to be 160lbs... All of my medical records are in the institutions file... It is not good to be here in your facility with these type of issues especially during this pandemic. Please put a application on my behalf to the director of the federal bureau of prisons.... this is my 3rd request,AND THERE HAS NOT BEEN ANY RESPONSE TO MY REQUEST FOR "COMPASSIONATE RELEASE"

                                                                                   RESPECTFULLY SUBMITTED,

                                                                                   KELWIN DWAYNE EDWARDS

TRULINCS 56124039 - EDWARDS, KELWIN DWAYNE - Unit: MIL-D-B

Exhibit B

---

(B)
FROM: Medical Services
TO: 56124039
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/31/2020 01:57:03 PM

When you left, it was canceled, now you have returned, she is waiting on a date from the hospital.
Williams

(A) >>> ~^!"EDWARDS, ~^!KELWIN DWAYNE" <56124039@inmatemessage.com> 7/29/2020 2:22 PM >>>
To: ms williams
Inmate Work Assignment: knee braces/back brace

hello ms williams,upon my return to milan,i discovered that my knee braces and back brace were not in my box! also,i need to see you about my pending surgery....

KELVIN EVANS
NAME
56124039
REG. NO.

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

"Legal Mail"

Attention: Clerk of the Court
231 West Lafayette Blvd
Detroit, MI 48226

48226-277758

8/3/20

