# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 27, 2020

Kelwin Dwayne Edwards
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Mr. Andrew James Lievense
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Leigh Suzanne Prugh
Prugh Law Office
P.O. Box 450861
Westlake, OH 44145

Re:  Case No. 20-1301, *USA v. Kelwin Edwards*
     Originating Case No. : 2:17-cr-20716-1

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Bryant L. Crutcher
                              Case Manager
                              Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1301

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

KELWIN DWAYNE EDWARDS

       Defendant - Appellant.

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 27, 2020